

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE LANDAU, | : | CIVIL NO. **1:01-CV-1025** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT SHANNON, Warden, | : | |
| Respondent | : | |

**ORDER**

FILED
HARRISBURG, PA

JUN 2 2 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

**IT IS ORDERED** that:

(1) Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(2) Petitioner shall pay the $5.00 filing fee on or before **July 13, 2001** or show cause why he is unable to do so.

J. Andrew Smyser
Magistrate Judge

Dated: June 22, 2001.

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 22, 2001

Re:  1:01-cv-01025    Landau v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

Lee D. Landau
SCI-MAHONOY
Mahonoy State Correctional Institution
AK-7928
301 Morea Road
Frackville, PA  17931

cc:
Judge                          ( )                              ( ) Pro Se Law Clerk
Magistrate Judge               (/)                              ( ) INS
U.S. Marshal                   ( )                              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____         ( )

                                                           MARY E. D'ANDREA, Clerk

DATE:  6/22/01                                      BY:  _____
                                                           Deputy Clerk