1:01cv1025

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving upon the following persons, A Federal Habeas Corpus-2254, by First Class Mail, at the addresses listed below.

PA. Attorney General
D. Michael Fisher
1512 Strawberry Sq.
Harrisburg, PA. 17120
&
Superintendant Shannon
301 Morea Rd.
Frackville, PA. 17932

Date 6/21 2001

FILED
SCRANTON
JUN 25 2001
PER _____ DEPUTY CLERK

S_____
Lee D. Landau