ORIGINAL

UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

Lee D. Landau - App./Plaintiff         CIVIL NO.
        Pet./Plaintiff

        v.                             1:01-cv-1025

Robert Shannon-Superintendent

        &

The Attorney General of the
Commonwealth of Pennsylvania

        Respondents

MOTION FOR APPOINTMENT OF COUNSEL

FILED
HARRISBURG, PA

JUL 12 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

AND NOW, comes App./Plaintiff Lee D. Landau and respectfully motions for appointment of counsel for the following reasons.

Respectfully submitted

*Lee D. Landau*
Lee D. Landau/App. Pro-Se

TABLE OF CONTENTS

Page (a) Citations

Page 1;

EXTREME BIAS OF Magistrate Judge Smyser.

Page 2; thru 3;

Theft of App./Plaintiff's mail as he attempts to gather evidence & obtain counsel.

Page 3 thru 7;

Reasons for appointment of counsel.

CITATIONS

1/ Page 1;

U.S. Const. Amend 6 & 14.

2/ Page 3;

Barry v. Brower, 864 F2d 294

U.S. v. Lagrone, 43 F3d 332

3/ Page 4;

Spreitzer v. Peters, 114 F3d 1435

Barnes v. Jones, 645 F2d 427

4/ Page 5;

Evitts v. Lucey 105 S.Ct. 830

Comm. v. Ritchie 442 A.2d 712

Comm. v. Cooley, 444 A2d 711

5/ Page 6;

Douglas v. Calif. 372 US 353

Whisant v. Yuam, 739 F2d 160

6/ Page 7;

Sewell v. U.S. 406 F2d 1289

U.S. v. Vreeken, 803 F2d 1085

DiSalvo v. Hempfiel Tp. Zon. Hear. B. 545 A2d 459

7/ Page 8;

U.S. Constitution 6 7 14th Amend.

US v. Gomez 67 F3d 1515

(a)