Court Clerk
U.S. District Court-Middle Dist. of PA
228 Walnut St.
P.O.B. 983
Harrisburg, PA  17108

JUL 12 2001

MARY E. D'ANDREA, CLERK

RE: 3:01-cv-01025, or (1:01-cv-1025.) Both numbers were given me and I do not know which is correct.

Dear Clerk,                                                6/29/01

   Please find enclosed institution check for the sum of (5) Five Dollars for filing fee.

                                        Yours truly,

                                        Lee D. Landau
                                        301 Morea Rd. AK-7928
                                        Frackville, PA 17932

```
Thu Jul 12 11:51:57 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 134316
Cashier       pamela

Tender Type  CHECK

Check Number: 48404

Transaction Type  N

D# Code    Div No    Acct
 4667        1      086900

Amount          $      5.00

STATE CORR INST-MAHANOY FOR L. LANDA
U 301 MOREA RD FRACKVILLE, PA

FILING FEE IN 1:01-CV-1025


  bh
```