1 CK



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

*MARY E. D'ANDREA*
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

13
8/7/01

August 7, 2001

Lee D. Landau
SCI-MAHONOY
Mahonoy State Correctional Institution
AK-7928
301 Morea Road
Frackville, PA 17931

FILED
HARRISBURG, PA

AUG 07 2001

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

RE: CIVIL NO: 1:CV-01-1025

Dear Mr. Landau:

I am writing to reply to your recent letter dated August 1, 2001, filed with the Court as of August 6, 2001.

The Court is in receipt of and have filed the following: Appeal of M.J. Smyser's Orders of 6/22/01, filed 7/12/01; Motion for Appointment of Counsel, filed 7/12/01; $5.00 filing fee, Receipt No. 111 134316, filed 7/12/01 (copy enclosed). On August 3, 2001, Judge William W. Caldwell denied the appeal, a copy of which was mailed to you. If you need to request a duplicate copy of that Order, Document #10, there is a charge of $0.50 per page. As there are three (3) pages in the order, you would need to send a check payable to "Clerk, U.S. District Court" in the amount of $1.50.

Sincerely,

MARY E. D'ANDREA, CLERK

By: _____
        Deputy Clerk

cc: M.J. J. Andrew Smyser