FILED 8-14
HARRISBURG, PA

AUG 10 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

(15)

Court Clerk
U.S. District Court
Middle Dist. of PA
228 Walnut St.
P.O.B. 983
Harrisburg, PA 17108

RE: 3:01-cv-01025 or 1:01-cv-1025. I was given both numbers by this office and do not know which is correct.

Dear Clerk,                                    8/1/01

On 7/10/01 I sent to you 3 copies of NOTICE OF APPEAL from ORDERS of Magistrate Judge Smyser which were issued on 6/22/01. In addition;

Also enclosed were 3 copies of MOTION FOR APPOINTMENT OF COUNSEL. In addition;

On 7/9/01 according to prison records a check for 5 dollars for filing fee was sent to you.

I have received no confirmation from you as to your receipt of the above. Please respond, as there exists much animosity between the prison postal workers and myself. A situation exists in which I believe, and have made accusations that the personnel of this prison post office are working in collusion with the D.A. of my county to intercept and destroy any mail that could be of assistance to me, or hinder my pursuit of this Habeas Corpus by destroying my mail. That is why I also sent you a copy under another name. I'm not certain this would reach you if sent under my own name. As a test of my belief, I also send you a copy of this letter under my own name. It will be interesting to see if you receive both.

Thank you and have a nice day!

Yours truly,

Lee D. Landau

Lee D. Landau AK-7928
S.C.I. Mahanoy
301 Morea Rd.
Frackville, PA 17932