OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

August 17, 2001

Mary E. D'Andrea, Clerk
Untied States District Court
P.O. Box 983
Harrisburg, PA 17108-0983

RECEIVED
AUG 23 2001
MARY E. D'ANDREA, CLERK

Re: Landau v. Shannon
M.D. Pa. No. 01-cv-01025

Dear Ms. D'Andrea:

Enclosed please find a document apparently misdirected to this Court by the plaintiff in the above-entitled matter, Mr. Landau. It appears from the docket on PACER that Mr. Landau has not filed a notice of appeal directed to this Court nor has an order appealable to this Court been entered.

Thank you for your attention to this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: [signature]

Bradford A. Baldus
Senior Legal Advisor to the Clerk

Attachment
cc: Lee D. Landau (without attachment)

2 to d

ORIGINAL

RECEIVED
AUG 15 2001
U.S.C.A. 3rd. CIR.

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the APPEAL FROM ORDER OF AUG. 3/01 upon the following and in the manner described below. Which satisfies Fed. R. of App. Proc.

SERVICE BY FIRST CLASS MAIL ADDRESSED AS FOLLOWS:

Judge William W. Caldwell
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA  17108

Date 8/11/01

1 CV-01-1025
J. Caldwell

s/ Lee D. Landau

Lee Landau AK-7928
S.C.I. Mahanoy
301 Morea Rd.
Frackville, PA 17932

FILED
HARRISBURG
AUG 23 2001
MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK