INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

LEE D. LANDAU                             Dist. Ct. Docket # 1:01-CV-1025
    Petitioner/Appellant

                                                  (Judge William W. Caldwell)

v.

                                                  Ct. of Appeals Docket # _____

ROBERT SHANNON
    Respondent/Appellee

INTERLOCUTORY NOTICE OF APPEAL FILED 8/13/01     COURT REPORTERS: No

FILING FEE:
Notice of Appeal         ____ Paid    _X_ Not Paid    ____ Seaman
Docket Fee               ____ Paid    _X_ Not Paid    ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___ Private Attorney
___ Defender Association or Federal Public Defender
___ Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___ Motion Granted In First Instance
_X_ Denied
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___ Granted
___ Denied
___ Pending

MOTIONS CURRENTLY PENDING :

COPIES TO:
Judge William W. Caldwell              Magistrate Judge J. A. Smyser
Lee D. Landau, Petitioner              File Copy


                                          Shawna L. Cihak
DATED: August 21, 2001                 Deputy Clerk

Please return the enclosed copy of this letter as proof of receipt.