OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4926

pacer.ca3.uscourts.gov

October 30, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

NOV 0 5 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Landau v. Shannon

No(s): 01-cv-01025

(Honorable William W. Caldwell)

An appeal by **Lee David Landau** was filed in the above-captioned case on 9/17/01, and docketed in this Court on 10/30/01, at No. **01-3938**.

Kindly use the Appeals Docket No. **01-3938** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk