OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburg_ Clerk of District Court     Date _12-12-01_
(District)

_Landau vs. Shannon_     C. of A. No. _01-3938_
(Caption)

_Lee David Landau Jr._
(Appellant)

_01-CV-1025  J. Caldwell_
(D.C. No.)

Enclosures:

_12-12-01_ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_____ (267)-299-_4926_
Deputy Clerk    Telephone Number

Receipt Acknowledge:
_ackn'd_
(Name)
_12/14/01_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

EPS-449                                                 October 29, 2001

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. <u>01-3938</u>

Landau v. Shannon
(M.D. Pa. No. 01-cv-01025)

**FILED**
HARRIS[?]
DEC 14 [2001]

To: Clerk

**FILED**
HARRIS[?]
DEC 14 [2001]

1) Motion for Leave to Proceed <u>In Forma Pauperis</u>

---

The foregoing Motion is granted. Should the appellant file any future applications for leave to proceed <u>in forma pauperis</u> in this Court, the application must be accompanied by an affidavit in the form specified by the <u>Federal Rules of Appellate Procedure</u>.

For the Court,

*Marcia M. Waldron*
Clerk

Dated: December 12, 2001

CH/cc: Mr. Lee David Landau
William C. Cole, Esq.

A True Copy
*Carol Hish*
Deputy Clerk