SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



March 18, 2002

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re:  Lee David Landau
         v. Robert Shannon
        No. 01-9020
        (Your No. 01-3437)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed January 19, 2002 and placed on the docket March 15, 2002 as No. 01-9020.

                                Sincerely,

                                William K. Suter, Clerk

                                by

                                Gail B. Johnson
                                Assistant

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

TO:     Clerk, United States District Court

FROM:   Marcia M. Waldron, Clerk

FILED
SCRANTON
APR - 8 2002

Please find the enclosed Notice from the Supreme Court of the United States.

In Re: Lee Landau

Appeal No.  01-3437

D.C. No.  01-cv-01025

(5/31/00)