OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Middle - *HARRISBURG*
Clerk of District Court
(District) of PENNA

Date __4-30-02__

Landau vs. Shannon
(Caption)

C. of A. No. __01-3317 and__
__01-3938__

Lee A. Landau
(Appellant)

01-CV-1025 / Cud.
(D.C. No.)

RECEIVED
MAY 07 2002
PER _____ SK
HARRISBURG, PA.   DEPUTY CLERK

Enclosures:

__4-30-02__ Certified copy of C. of A. Orders by the Court/Clerk
(Date)

* __✓__ Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

_____   (267)-299-__4926__
Deputy Clerk                Telephone Number

* _____   (267)-299-_____
Record Processor            Telephone Number

Receipt Acknowledge:

__ackn'd__
(Name)
__5/7/02__
__STB__

BPS-137                                                                April 4, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>01-3317</u>

LEE D. LANDAU

VS.

ROBERT SHANNON

(M. D. Pa. Civ. No. 01-cv-01025)

Present:      ALITO, McKEE and ALDISERT, <u>Circuit</u> Judges

Submitted:

(1)   By the Clerk for possible dismissal due to a jurisdictional defect;

(2)   Appellant's jurisdictional response; and

(3)   Appellant's motion for appointment of counsel

in the above-captioned case.

Respectfully,

Clerk

MMW/CRD/je

_____O R D E R_____

Appellant appeals the District Court's order entered August 6, 2001, affirming the Magistrate Judge's orders filed June 22, 2001, as within the Magistrate Judge's authority under Fed. R. Civ. P. 72 to decide pre-trial and non-dispositive matters. This court may hear appeals only from final orders of the District Court. 28 U.S.C. § 1291. A final order ends the litigation on the merits and leaves nothing for the court to do but execute the judgment. <u>Republic Natural Gas Co. v. Oklahoma</u>, 334 U.S. 62, 68 (1948). The order appealed is neither a final order nor an immediately appealable interlocutory order. Accordingly, the appeal is dismissed for lack of appellate jurisdiction.

By the Court,

*[signature]*
_____
Circuit Judge

Dated: APR 3 0 2002

ch/cc: LDL
WCC

A True Copy:

*[signature]*
_____
Marcia M. Waldron,
Clerk

BPS-136                                                                                                         April 4, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-3938**

LEE D. LANDAU

VS.

ROBERT SHANNON

(M. D. Pa. Civ. No. 01-cv-01025)

Present:    ALITO, McKEE and ALDISERT, Circuit Judges

        Submitted:

        (1)    By the Clerk for possible dismissal due to a jurisdictional defect ;

        (2)    Appellant's jurisdictional response; and

        (3)    Appellant's motion for sanctions

            in the above-captioned case.

                                        Respectfully,

                                        Clerk

MMW/CRD/je

_____O R D E R_____

The foregoing appeal is dismissed for lack of jurisdiction. The order of the District Court, transferring the appellant's petition under 28 U.S.C. § 2254 to this Court to be treated as an application under 28 U.S.C. § 2244 for permission to file a second or successive section 2254 petition, is not a final, appealable order. See 28 U.S.C. § 1291; Carteret Savings Bank, FA v. Shushan, 919 F.2d 225 (3d Cir. 1990). The appellant's motion for sanctions is denied.

FILED
HARRISBURG
MAY 0 7 2002
MARY E. D'ANDREA
Per _____
Deputy Clerk

By the Court,

_____
Circuit Judge

Dated: APR 3 0 2002

CH/CC: LDL
WCC

A True Copy:

_____
Marcia M. Waldron,
Clerk